RELATED ~ DOJ

Daniel James Harper
FULL NAME

Daniel James Harper
COMMITTED NAME (if different)

44750 60th Street West
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lancaster, Calif 93539

PRISON NUMBER (if applicable)
G-61389



FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Daniel Harper

PLAINTIFF,

California State Prison Lancaster

DEFENDANT(S).

CASE NUMBER
2:24-CV-01154-JGB-KS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?  3

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   Now on Thursday August 17, 2023 the Plantiff arrived at CSP Lancaster cumming from CSP Sacemento.
   Now some time on this day, the staff at this prison (CSP Lancaster) do move the Plantiff in to D-4-116. Now the inmate that was in this cell moved out after the Plantiff moved in to the cell.
   Once the Plantiff did go in to this cell the Plantiff cleaned as much of this cell as he could and at this time he noticed that the toilet would not flush so the plantiff does go out to tell one of the floor-staff of
   
   pages 1-6

Original Copy

that this cell's toilet is not working is there
a possible way to call the Plumber and ask him if
he could come fix it. Now the Flow-staff (Zimerman
-v. Burch 494 U.S 113) do tell the Plant. PC the will put
in a work order in to get it fixed as soon as
possible

    Now the Plant. PC does not know how long
this cell's toilet was broke or not working before
he got to this cell at all.

    So when the Plant. PC does go back into
the cell and unpacks his property to put it all
away.

    Now when the Plantiff goes to the bathroom
he tries to flush this toilet but due to the Plant. PC
foregetting that this toilet is broke, So now at this
time the plant. PC has to smell urine due to not being
able to flush it.

    The Plantiff has to keep telling himself that
this is ok it is Thursday the plumbers (Harlow -v.
Fitzgerald 457 us 844) will be here to fix this the
next day being Friday.

    Please keep in mind that the Plantiff is on
a Mental Health yard due to his Mental Health Attitude
towards things. And it is the Flow-staff's jobs
(Burlington Northern Santa Fe Reilway -v. White 548
U.S 53) and responsibility (Harlow -v. Fitzgerald 457
U.S 800, Bedoya -v. Tuhcic 2017 U.S Dist Lexis 56839)
to make sure the Plantiff is alright.

The Plantiff has to go to the bathroom after he ate dinner. Now the Plantiff could not hold it till the next day due to the Plantiff having colin cancer and seizures so this is making the Plant.ff an ADA inmate.

Now when Friday August 18. 2023 gets here the Plant.ff askes the floor officers if they could get the Plant.ff's toilet to work so the Plant.ff did not have to smell feses and urine that was in his toilet already.

And in doing this the Defendent's staff were forcing (Johnson-v.United States 559-U.S 137, Kingsley-v.Hendrickson 576 U.S 389) the Plant.ff to live in an unsanitary conditions and this is not good for any one's health at all

But these officers did come back to talk to the Plant.ff and at this time the plumbers were not able to come out to fix it due to a ADA work order was not being put in. And at this time the decendent's get told that the Plant.ff told them that he was and is a ADA inmate due to him having seizures and the defendent's staff attitudes changed to a 360° turn and told the Plant.ff they will put in an emergency work order to get this fixed.

But with the Defendents plumbing staff (Strickland-v.Washington 466 U.S 668) not even caring about this problem the Plant.ff had to go all weekend and was forced to smell urine and feses like it was

1  good or an everyday thing to do to someone.
2  And if this problem happened to the Defendants
3  officers they would get these plumbers to their toilet
4  as soon as possible so they would not have to go
5  through this problem at all. And with the Plantiff being
6  a EOP, mental Health inmate the Plantiff got put on
7  the back burner till the Defendants staff and
8  nothing to do before they had to come fix this problem
9  and this is showing the Courts that the Defendants
10 staff do have some prejudice (Williams-v Taylor 529
11 US 362) against the Mental Health inmates and it is
12 wrong because no one can tell his brain how or when
13 to work right at all. So how could these paid employees
14 or even the State of California be able to do this and
15 tell people they are helping the inmates get Rehabilitated
16 in everything they are going through.
17 Now on August 31, 2023 the Plantiff did file
18 an inmate appeal (Smith-v-Barry 502 U.S 244) (602)
19 log # 440550 stating with the Defendant's staff
20 (Yo Smith, Yo Lorenzo, Yo Geuping and Chapman the
21 Supervisor) forced (Johnson-v-United States 559 U.S 133,
22 Kingsley-v-Hendrickson 576 U.S 389) the Plantiff to
23 go through this stinky mess for 4 days. Now on
24 October 20, 2023 In Exhibit 1 one of the Defendants
25 staff Sgt. White gets this appeal and lies (Wilke-son
26 -v-Dotson 544 U.S 74) and states in the III Reasoning
27 and Decisions that the "Claimant does not currently reside
28 in D-4-116" and this Sgt was right because in Exhibit 4

the Plantiff was put in Administrative Segregation
due to an incident on October 5, 2023 with inmate
Ritter. So the Plantiff was, not able to move into
another cell due to this toilet being broke at all.

Now who or what gave the jurisdiction to
the Defendant's staff Sgt. White the right to
adjudicate and (see Wilkinson -v- Dotson 544 U.S. 74)
about the Plantiff saying the "Plantiff was not housed
in D-4-116 when he did the 602 review to find out
that the Plantiff was no longer living in this cell on
10.23.23. Was the Plantiff went to Ad-seg over an
incident with another inmate

But the Plantiff was in this cell until he
went to Ad-seg. And the Defendant's staff never
offered to move the Plantiff like this Sgt. White of
the Defendant's staff wanting the higher ups in
Sacramento to think when they said moved, But the
facts are in Exhibit S will prove this to the Courts.

And when the Defendant's staff did this to the
Plantiff it is an Was considered Cruel and Unusual
Punishment (Buntem -v- City of Fresno Police 2023 U.S
Dist (0949) when the Plantiff did nothing wrong to
any of the Defendant's staff to deserve this kind of
treatment. And the Defendant's staff would not live
in this kind of stuff at all so why did they make the
Plantiff was it done out of pride, prejudice, envy or
hate of an inmate.

Now when the Plantiff moved to another yard

1   (C-facility) On November 2023 he moved into cell

2   C.4.114 and the plumbing down the tier was plugged

3   up for 5 or 6 days from where it was causing a

4   flood every day from cell 105 to cell 110 and it took

5   that long to get these plumbers to do their jobs

6   (Burlington Northern Santa Fe Rail way - v. White 548 US

7   53) and to fix this problem and it was a unsanitary

8   issue because no one knew if this was urine or feses

9   water or not and the staff should of fixed it the first

10   or even the second day but, no it took then almost

11   a week to do this or their jobs and fix the problem.

12      And the day the Defendent's staff do fix it, The

13   plumbers shut the water off to the entire building for

14   a couple hours. Now when the plumbers do turn the

15   water back on it caused the pipes in between cells 114

16   and 115 and cells 214 and 215 to leak and to start another

17   flood. Now the Plantiff does talk to the Defendent's and

18   they (the plumbers) about this and they do tell the Plant.ff

19   to give it a minute or two and it will stop. But this

20   did not stop and it started to flood the tier and the

21   Plantiff did ask the Correctional officers if the plumbers

22   were still here and they told the Plant.ff no they left

23   a couple minutes ago.

24      And the Correctional Officers do ask the

25   Plantiff why and he tells them to look on the tier and

26   you will see. And these officers go to the phone to

27   call the Defendent's plumbers about this and they do come

28   back and tell the Plant.ff that the plumbers said to put

page 6 of 6

1  in an emergency work order and they will come
2  fix it tomorrow.
3      Now it is the plumbers jus (Burlington Northern
4  Santa Fe Railway - v. White 548 U.S 53) and responability
5  (Harlow - v. Fitzgeral 457 U.S 800) to get this problem
6  fixed and they should not of left the building knowingly
7  that this was happening so they did not take their jobs
8  in due diligent (Bedoya - v. Tuhaie 2017 U.S. Dist
9  Lexis 56839) time to fix this problem that was now
10  happening in this buildings plumbing.
11      Now the Plantifl did put this issue in an
12  inmate appeal to get granted. The Plantifl did send
13  this appeal to the Headquarters in Sacramento to let
14  them know what the staff here in CSP-Lancaster are
15  doing to the inmates here.
16      And to keep in mind is this "if I was a paying
17  person on the streets these plumbers would not make
18  the customers to wite a couple days to fix something,
19  Or leave a job with out knowingly if the problem is fixed
20  completely. So why are they doing this to the inmates
21  this way and why are the Defendants allowing them to do
22  this to the inmates       .
23
24
25
26
27
28

a. Parties to this previous lawsuit:
Plaintiff _Daniel Harper_

Defendants _unknown_

b. Court _Eastern District Federal Court Sacramento_

c. Docket or case number _____

d. Name of judge to whom case was assigned _unknown at this time_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _dismissed_

f. Issues raised: _staff doing wrong to inmate_

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure. _Exh.1.f_

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Daniel Harper_
(print plaintiff's name)

who presently resides at _44750 60th Street West Lancaster, Cal. C 93539_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_California State Prison Lancaster_
(institution/city where violation occurred)

on (date or dates) 5 . 17.23 . 8 .21.23 _____, _____. _____.
        (Claim I)               (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **CSP. Lancaster** resides or works at
   (full name of first defendant)
   **44750 60th Street West, Lancaster. CA C 93539**
   (full address of first defendant)
   **Plombers**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
**Lecuuse they are the stoff at this person.**

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

By forcing the plantiff to go thru this unsanitary condition not once but twice and the defendents not even caring about it at all

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Now when the plantiff told the correctional officers about this problem and the officers called the defendant"s plumbers and they would not come to fix this problem for some reason or another forcing the plantiff to smell urine and feses for 4 days when it is and was the plant.ff Plumbers responsability to fix this problem in a timely manner

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

to be granted 500,000 punitive damages due to the due to diligence to where the defendants will not tell their staff to stop torturing the inmates and make them suffer and punishment for doing good

1-29-24

(Date)

(Signature of Plaintiff)

LAC 2-173



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** HARPER, DANIEL JAMES          **Date:** 01/06/2024
**CDC#:** G61389
**Current Location:** LAC-Facility C

**Current Area/Bed:** C 004 1 11100IL

**Log #:** 000000440550

---

**Claim # 001**

**Received at Institution/Parole Region:** California State Prison, Los Angeles County
**Submitted to Facility/Parole District:** LAC-Facility D
**Housing Area/Parole Unit:** D 004 1
**Category:** Facilities                          **Sub-Category:** Plumbing

### I. ISSUE ON APPEAL

It is appellant's position on August 17, 2023, appellant arrived to California State Prison - Los Angeles County and the toilet in cell D-4-116 was not working. Appellant asserts the floor officer was informed, and appellant was told to tell staff in the morning. Appellant asserts "now" on August 22, 2023, the toilet was still not fixed so appellant told Correctional Officer Geuping and Correctional Officer Smith. Appellant asserts Correctional Officer Geuping instructed appellant to ask a friend to use the toilet.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3000, and 3481; Department Operations Manual, section 52040.4.4

#### B. DOCUMENTS CONSIDERED

Appeal, Log No. 440550; CDCR Form 2184 (Work Request)

### III. REASONING AND DECISION

The Department Operations Manual, section 52040.4.4 indicates "Emergency Tools" to be used "at night" or at other times when shops are not open are to be locked in boxes. This section alludes some plumbing issues may be considered an "emergency." While the Office of Grievances' response granted the claim, the raised issues were not adequately addressed. Specifically, the Office of Grievances' response indicated the toilet would be repaired, and indicated appellant no longer lived in cell D-4-116. Yet, the response did not address the claim that staff were notified and allegedly told appellant to tell other staff or to use a friend's toilet. For this reason, this claim is granted.

### IV. REMEDY

The California State Prison - Los Angeles County shall open a new Offender Grievance Tracking system log number for review. Once evaluated, the review shall be assigned to the appropriate reviewing authority. The review shall collect sufficient information, which may include interviews with relevant staff, reviews of housing logbooks, reviews of work orders, etc., to address the claim after being notified on August 17, 2023, staff allegedly told appellant to address the issue with morning staff or to use a friend's toilet.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 01/05/2024 |

STATE OF CALIFORNIA
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| **STAFF USE ONLY** | **OGT Log No:** 000000440550 | **Date Received:** _____ |
|---|---|---|
| | **Remedy Confirmed:** _____ | **Remedy Unconfirmed:** _____ |
| | **Screen Out:** _____    **Status Letter:** _____    **Resolved:** _____ | |

**Claimant Name:** HARPER, DANIEL JAMES                    **CDCR #:** G61389

**Institution/Parole Region:** _____    **Current Housing/Parole Unit:** _____

_Use this form to ask for a remedy that was granted but is overdue._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**Grievance or Appeal Log No:** _____ 000000440550 _____

**Claim No:** _____

**Date of Decision:** _____

**Description of Remedy:** _____

_____

_____

> **This form shall be submitted by mail to:**
> Remedies Compliance Coordinator
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Remedies Compliance Program is only intended to resolve delays in the implementation of a remedy previously granted by the Office of Grievances or the Office of Appeals; it is not intended for new issues, to seek additional remedies, or to dispute the remedy provided.
When reviewing this request, the Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____                    **Date Signed:** _____

_ADA Accessible_

2

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| OOA RECEIVED  STAFF USE ONLY  NOV 06 2023 | OGT Log No: 000000440550 | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

**Claimant Name:** HARPER, DANIEL JAMES          **CDCR #:** G61389

**Institution/Parole Region:** _____     **Current Housing/Parole Unit:** _____

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** 000000440550          **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ Now for the staff to do this to me or any other inmate is unconstitional and consider a Cruel and unusual punishment making me have to smell urine and poop for so long as it was a sanitation issue and if it was done to one of the staff it would of got fixed with in one hour but with me being an inmate I had to write for someone to do the job and it was illegal to make me go through this punishment

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**

The Office of Appeals will consider all of the supporting documentation you previously submitted to the
Office of Grievances when reviewing your appeal, but will not consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____          **Date Signed:** 10-30-23

_ADA Accessible_

OOA RFI

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**     NOV 06 2023     **CONTINUATION PAGE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**OGT Log No:** _____ 000000440550 _____     **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____



*ADA Accessible*



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** HARPER, DANIEL JAMES
**CDC#:** G61389

**Date:** 10/20/2023

**Current Location:** LAC-Facility D

**Current Area/Bed:** D 005 1 - 144001L

**Log #:** 000000440550

### Claim #: 001

**Received at Institution/Parole Region:** California State Prison, Los Angeles County
**Submitted to Facility/Parole District:** LAC-Facility D
**Housing Area/Parole Unit:** D 004 1
**Category:** Facilities                   **Sub-Category:** Plumbing

### I. CLAIM

The Claimant stated his toilet in his cell is broken.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

CCR, Title 15, Section 3084.1. Claimant's Ability to Grieve and to Appeal
CCR, Title 15, Section 3084.2 Preparation and Submittal of a Grievance.

#### B. DOCUMENTS CONSIDERED

CDCR 602 Inmate/Parolee Appeal authored by Claimant
Plant Operations Work Request.

### III. REASONING AND DECISION

Sgt. S. White was assigned to review this appeal at the First Level. All submitted documentation and supporting arguments have been considered. Additionally, a thorough inquiry was completed regarding the claim presented, in accordance with CSP-LAC, Operational Procedures, the California Code of Regulations and the Department Operations Manual. I was assigned three claims from this grievance.
A Plant Operations Work Request has been submitted to repair the broken toilet. It should be noted the Claimant does not currently reside in D4-116. Nevertheless, the toilet will be repaired via the Plant Operations department due to the ongoing issue when the Claimant was assigned to that cell.

### IV. REMEDY

A Plant Operations Work Request has been forwarded to the Plant Operations department for repairs.

### V. Comments

**Decision: Granted**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to GRANT this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

If more than 30 calendar days have passed since this decision was sent to you and the remedy, if any, has not yet been implemented, you may file a CDCR Form 602-3, Request to Implement Administrative Remedy. You must wait until after 30 calendar days have passed to submit this request.

| Staff Signature | Title | Date/Time |
|---|---|---|
| D. Williams [WIDA012] | Reviewing Authority | 10/19/2023 |

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|

***********TALK TO STAFF IF YOU HAVE AN EMERGENCY***********
<u>DO NOT</u> use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
_____
_____
_____
_____

**WHY CAN'T YOU DO IT?**
_____
_____
_____

**WHAT DO YOU NEED?**
_____
_____
_____
_____
_____
_____
*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☐   No ☐   Not Sure ☐
List and attach documents, if available:
_____
_____

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____          _____
**INMATE'S SIGNATURE**                    **DATE SIGNED**
Assistance in completing this form was provided by:

_____    _____    _____
Last Name                      First Name                        Signature

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|
| 1.2.24 | Lit Lio | Daniel Herrera | G G 1385 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| C - 4 | 114 | | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS FROM | TO |
|---|---|---|---|

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

is there a possible way to get a copy of my housing is
the same from 8-17-23 thru 10-5-23 please

---

**DISPOSITION**

Do NOT write below this line. If more space is required, write on back.

**INTERVIEWED BY**

[signature] — ofc Graf(s) Powers

| | DATE |
|---|---|
| | 1/2/24 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>LAC-Facility D | INMATE'S NAME<br>HARPER, DANIEL J. | CDC NUMBER<br>G61389 |
|---|---|---|

## REASON(S) FOR PLACEMENT (PART A)

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY   ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Thursday, October 5, 2023, you, Inmate Harper (CDCR# G61389) are being placed in the Administrative Segregation Unit (ASU) at the California State Prison – Los Angeles County (CSP-LAC) for "Enemy Concerns."

Specifically, on the above-mentioned date you were involved in a fight with Inmate Ritter (CDCR # E86564). Specifically, you were both observed striking one and other in the Facial and upper torso areas with your fist on the "B" section dayroom of Facility D Building 4. After the incident you were presented with a CDCR 128-B Compatibility Chrono. You refused to sign the Compatibility Chrono and stated you considered Inmate Ritter an Enemy, and that you could not safety program on Facility D without further incident.

Due to the aforementioned, you will remain in ASU pending appropriate administrative review a. Your presence on Facility D will endanger the Institutions safety and security. Based on the aforementioned, you will remain housed in (ASU) pending administrative review for your future programming and housing needs. Your credit earning, visiting status and privilege group may be affected by this placement.

Inmate Harper is a participant in the Mental Health Services Delivery System (MHSDS) at the EOP level of care with a Reading level of 6.0.

After a review of the Strategic Offenders Management System (SOMS) Harper was identified as having Compression Stocking,

Eyeglass Frames and a Night Guard as Durable Medical Equipment and is not a participant in the Armstrong Remedial Plan (ARP).

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU PLACEMENT<br>10/05/2023 | SEGREGATION AUTHORITY'S PRINTED NAME<br>M. Rosales | SIGNATURE<br>M. Rosales | TITLE<br>LT. |
|---|---|---|---|

| DATE NOTICE SERVED<br>10/05/2023 | TIME SERVED<br>12:23:00 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE<br>M. ROSALES | SIGNATURE | STAFF'S TITLE<br>LT. |
|---|---|---|---|---|

| ☑ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER<br>G61389 |
|---|---|---|

You were identified with a disability of:
☐ Hearing ☐ Vision ☐ Speech ☐ Learning Disability ☐ Reading Level <= 4.0/No Level ☐ Developmental Disability ☐ CCCMS ☑ EOP ☐
Foreign Language Speaking

Method
☑ HARPER, DANIEL JAMES reiterated in his own words, what was explained

☑ HARPER, DANIEL JAMES provided appropriate, substantive responses to questions asked

☑ HARPER, DANIEL JAMES asked appropriate questions regarding the information provided

☐ HARPER, DANIEL JAMES did not appear to understand the communication, even though the primary method of communication was used



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

D5-144

# RULES VIOLATION REPORT

| CDC NUMBER G61389 | INMATE'S NAME HARPER, DANIEL J. | MEPD 01/25/9999 | FACILITY LAC-Facility D | HOUSING LOCATION LAC-D - D 004 1 - 116001L |
|---|---|---|---|---|
| VIOLATION DATE 10/05/2023 | VIOLATION TIME 11:07:00 | VIOLATION LOCATION LAC-Facility D - DAYROOM | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Thursday, October 5, 2023, at approximately 1107 hours, while assigned to Facility D housing unit 4 Floor #1 (BWC/Post 242051), I was monitoring the dayroom area near the staff Podium located in the dayroom area. During this time, I observed Inmate RITTER E86564 begin striking Inmate HARPER G61389 on the head and upper torso area with fists. I heard the D4 control Officer activate a code 1 response for an Inmate fight via the institutional radio, and I simultaneously activated my personal alarm device. I gave a verbal order for all Inmates in the dayroom area to get down, with positive results for compliance with the exception of the involved Inmates who continued striking each other in the head and upper torso area with fists.

In order to prevent further injury, I utilized my MK-9 Oleoresin Capsicum High Volume Streamer and from approximately 6 feet away, I administered approximately a 3 second burst aiming at the facial area of Inmate RITTER, striking Inmate RITTER on the head and facial area, with positive results for compliance, due to both Inmates stopping and no longer striking each other. Inmate HARPER laid faced down on the ground in the prone position. Inmate RITTER continued standing and once Inmate HARPER was lying on the ground advanced toward him and began striking Inmate HARPER on the head and upper torso area with one forward kick and several strikes from his fists. I observed Officer C. Lopez administer a 3 second burst from his MK-9 Oleoresin Capsicum High Volume Streamer from approximately 6 feet away, striking Inmate RITTER on the head and upper torso area, with positive results for compliance, due to both Inmates stopping all actions and adhering to verbal commands. Both Inmates laid face down on the ground in the prone position.
Inmate HARPER is a participant in the Mental Health Program at the EOP level of care.

| REPORTING EMPLOYEE R. Whittaker | TITLE Correctional Officer | ASSIGNMENT D4 Floor 1 | RDO S/M | DATE: 10/06/2023 |
|---|---|---|---|---|

RVR LOG NUMBER: 000000007358152  VIOLATED RULE NUMBER: 3005(d)(1)

SPECIFIC ACT: Fighting



Daniel Heyer- G-61385
A-30-173
P.O.Box 4600
Lancaster, Calif
            93539

United States District Court
Western Division

255 E Temple st
Los Angles, Calif

94012

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

X-RAYED

Legal and Confidential

